UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| IN RE JOSEPH A. ALLEN, | ) | CASE NO. CV 16-6282-SJO (PJW) |
| | ) | |
| Petitioner, | ) | ORDER DISMISSING SECOND OR |
| | ) | SUCCESSIVE HABEAS CORPUS PETITION |
| v. | ) | AND DENYING CERTIFICATE OF |
| | ) | APPEALABILITY |
| | ) | |
| | ) | |
| Respondent. | ) | |

Before the Court is Petitioner's second attempt to challenge his 2003 state convictions (for robbery, possession of a controlled substance, possession of a firearm, and assault with a firearm) and resultant 27-years-and-four-months sentence. His first petition was denied on the merits in November 2011. (*Allen v. Adams*, CV 09-8988-SJO (PJW), November 18, 2011 Order.) Petitioner appealed that decision but the Ninth Circuit Court of Appeals denied his request for a certificate of appealability. (*Allen v. Adams*, No. 11-57178, December 17, 2012 Order.)

Absent authorization from the Ninth Circuit, Petitioner may not bring another habeas petition challenging his conviction and/or sentence in this court. *See* 28 U.S.C. § 2244; *see also Burton v. Stewart*, 549 U.S. 147, 157 (2007) (holding district court lacks

1  jurisdiction to consider the merits of a second or successive petition
2  absent prior authorization from the circuit court).  For this reason,
3  the Petition is dismissed.
4       The Court further finds that Petitioner has not made a
5  substantial showing of the denial of a constitutional right or that
6  the court erred in its procedural ruling and, therefore, a certificate
7  of appealability will not issue in this action.  *See* 28 U.S.C.
8  § 2253(c)(2); Fed. R. App. P. 22(b); *Miller-El v. Cockrell*, 537 U.S.
9  322, 336 (2003); *Slack v. McDaniel*, 529 U.S. 473, 484 (2000).
10      IT IS SO ORDERED.

        DATED: August 26, 2016

                                    _____
                                    S. JAMES OTERO
                                    UNITED STATES DISTRICT JUDGE

Presented by:

_____
PATRICK J. WALSH
UNITED STATES MAGISTRATE JUDGE

28  C:\Users\imartine\AppData\Local\Temp\notesC7A056\JOSEPH ALLEN_2.wpd