JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| IN RE JOSEPH A. ALLEN, | ) | CASE NO. CV 16-6282-SJO (PJW) |
| Petitioner, | ) ) ) | J U D G M E N T |
| v. | ) ) ) | |
| Respondent. | ) ) | |

    Pursuant to the Order Dismissing Second or Successive Habeas Corpus Petition,

    IT IS ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

    DATED:    <u>August 26, 2016</u>.

<u>                  S. James Otero         </u>
S. JAMES OTERO
UNITED STATES DISTRICT JUDGE

C:\Users\imartine\AppData\Local\Temp\notesC7A056\JOSEPH ALLEN_1.wpd